**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Emily M. Thompson, et al.,

       Plaintiffs,　　　　　　　　　Civil 10-1560 (RHK/JJK)

vs.　　　　　　　　　　　　　　**DISQUALIFICATION AND**
　　　　　　　　　　　　　　　**ORDER FOR REASSIGNMENT**

Stryker Corporation, et al.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 21, 2010

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge